IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                   )  2:09-cv-00714-GEB-GGH
         Plaintiff, )
                   )  ORDER CONTINUING
     v.            )  STATUS (PRETRIAL
                   )  SCHEDULING) CONFERENCE
KIRK C. DOYLE, individually and as )  and FED. R. CIV. P. 4(m)
Trustee of the Thomas E. Doyle     )  NOTICE
Family Revocable Trust dated       )
December 23, 1980,                 )
                   )
         Defendant. )
_____)

Plaintiff filed a status report on June 1, 2009, in which he fails to indicate when he will perfect service of process on the only Defendant in this action. If Defendant is not served with process on or before July 14, 2009, this action may be dismissed without prejudice under Fed. R. Civ. P 4(m). To avoid dismissal, a proof of service shall be filed no later than July 15, 2009.

Therefore, the status conference scheduled for June 15, 2009, is continued to commence at 9:00 a.m. on August 24, 2009. Further, a joint status report shall be filed fourteen days prior to

///

1

the status conference.

       IT IS SO ORDERED.

Dated:  June 11, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge