SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br>             Plaintiff, <br><br>     vs. <br><br> Kirk C. Doyle, <br><br>             Defendants | Case No. **2:09-cv-00714-GEB-GGH** <br><br> **PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** <br><br> Status Conference: August 24, 2009 <br> Time: 9:00 am <br> Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from August 24, 2009 to September 28, 2009. Plaintiff had filed a Request for Clerk's Entry of Default on May 29, 2009; however, the Clerk would not enter default against this Defendant because of improper service. Plaintiff will file an amended Summons Returned Executed showing that this Defendant was sub-served on August 6,

2009.  A continuance to September 28, 2009 for the status conference will give this Defendant ample time to answer Plaintiff's complaint and for Plaintiff and Defendant to engage in settlement discussions.

Dated:  August 10 2009          /s/Scott N. Johnson

                                Scott N. Johnson,

                                Attorney for Plaintiff


**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to October 5, 2009, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

8/18/09

GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-00714-GEB-GGH - 2