UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott N. Johnson

    v.

Kirk C. Doyle

_____

DEFAULT JUDGMENT

Case No. CIV S-09-00714

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **Kirk C. Doyle in the amount of $8,000.**

July 26, 2010

VICTORIA C. MINOR, CLERK

By: _____/s/_____
K. Owen , Deputy Clerk